MARCH 3, 1953

No. 57129.—Henry Wild Surveying Instrument Supply Co. of America and Rohner, Gehrig & Co., Inc. v. United States, protest 168952–K.

C. D. 1492. Plaintiffs' application for rehearing granted.

MARCH 4, 1953

No. 57130.—American Express Company and Flanary Sausage Company v. United States, protest 173282–K

Motion of Government for rehearing denied.

MARCH 2, 1953

No. 57131.—SUIT 4709.—Kenneth Kittleson v. United States. Reap. Dec. 8044 affirmed November 10, 1952. C. A. D. 502.

MARCH 4, 1953

No. 57132.—SUIT 4710.—Robinson-Wagner Co., Inc. v. United States. C. D. 1363 affirmed November 4, 1952. C. A. D. 501.

MARCH 5, 1953

No. 57133.—SUIT 4721.—August Bentkamp v. United States. C. D. 1370 affirmed November 4, 1952. C. A. D. 500.